```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION

SATELLITE TRACKING OF PEOPLE,    )
LLC (a/k/a STOP, LLC),           )
                                 )
        Plaintiff,                )
                                 )
    v.                            )
                                 )
PRO TECH MONITORING, INC.,       )
                                 )
        Defendant/Counter-       )  Civil No. 3:05-0064
        Plaintiff, Third-        )  Judge Echols
        Party Plaintiff,         )
                                 )
    v.                            )
                                 )
HOYT M. LAYSON, GREGORY A.       )
FROST and CORRELATION            )
PARTNERS, LLC,                   )
                                 )
        Third-Party              )
        Defendants.              )
```

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Defendant/Counter-Plaintiff/Third-Party Plaintiff Pro Tech Monitoring, Inc.'s "Motion for Summary Judgment" (Docket Entry No. 59) is hereby DENIED. Plaintiff/Counter Defendant Satellite Tracking of People L.L.C.'s "Motion to Strike the Declaration of Robert Posavec" (Docket Entry No. 67) is hereby DENIED AS MOOT.

This case is returned to the Magistrate Judge for further pretrial management in accordance with Local Rule 11.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE